UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL ARYEH AND STONE STREET CAPITAL LLC,

**PLAINTIFF**

-against-

MICHAEL YEDIDSION, CREATION CAPITAL LLC, AND ALLIANCE CAPITAL US LLC

**DEFENDANTS**

Case No. 25-05022 - JAV

**NOTICE OF VOLUNTARY DISMISSAL**

---

**PLEASE TAKE NOTICE** that Plaintiffs, MICHAEL ARYEH AND STONE STREET CAPITAL LLC, hereby discontinue the within action against MICHAEL YEDIDSION, CREATION CAPITAL LLC, AND ALLIANCE CAPITAL US LLC without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: Great Neck, New York
       September 3, 2025

THE YITZHAK LAW GROUP
*Attorneys for Plaintiffs*

By: //ss// *Erica T. Yitzhak*
    Erica T. Yitzhak, Esq.

1 Linden Place, Suite 406
Great Neck, New York 11021
(516) 466-7144
erica@etylaw.com

1